IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60308-CIV-SEITZ/O'SULLIVAN

FREDERICK BRADLEY NOWELL, SR.,

    Plaintiff,

v.

THE REDLAND COMPANY, INC. et al.,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Motion for Order of Exemption Pursuant to Fed. R. Civ. P. § 26(a)(1)(B)(iv) (DE# 51, 6/2/09). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1 (C) (Emphasis supplied).

Pursuant to the Local Rules, the defendants' response to the instant motion was due on June 19, 2009. S.D. Fla. L.R. 7.1 (C)(1). The Court has entered an Order (DE# 55, 6/16/09) providing the parties with an additional five days on all mailing deadlines. As such, the defendants had until June 24, 2009 to file a response. Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendants shall file a response to the Plaintiff's Motion for Order of Exemption Pursuant to Fed. R. Civ. P. § 26(a)(1)(B)(iv) (DE# 51, 6/2/09) on or before **Thursday, July 2, 2009**. The failure to file a response

may result in an order granting the instant motion in its entirety.

DONE AND ORDERED in Chambers at Miami, Florida, this **25th** day of June, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

United States District Judge Seitz
All counsel of record