IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60308-CIV-SEITZ/O'SULLIVAN

FREDERICK BRADLEY NOWELL, SR.,

    Plaintiff,

v.

THE REDLAND COMPANY, INC. et al.,

    Defendants.

_____/

## ORDER

THIS MATTER is before the Court on Defendants Erle Ross Zimmerman and Zimmerman, Joseph, Bayne & Wolfe, P.A.'s Motion to Dismiss (DE# 68, 6/29/09). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that Defendants Erle Ross Zimmerman and Zimmerman, Joseph, Bayne & Wolfe, P.A.'s Motion to Dismiss (DE# 68, 6/29/09) is **STRICKEN** from the record. The movants inadvertently filed this motion twice on the docket. See Defendants Erle Ross Zimmerman and Zimmerman, Joseph, Bayne & Wolfe, P.A.'s Motion to Dismiss (DE# 66, 6/29/09). Plaintiff shall respond to Defendants Erle Ross Zimmerman and Zimmerman, Joseph, Bayne & Wolfe, P.A.'s Motion to Dismiss (DE# 66, 6/29/09) in accordance with the Federal Rules of Civil Procedure and this Court's Order extending the deadline for filings responses to motions. See Order (DE# 55, 6/16/09).

DONE AND ORDERED in Chambers at Miami, Florida, this **29th** day of June, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record