IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60308-CIV-COHN

FREDERICK BRADLEY NOWELL, SR.,

    Plaintiff,

v.

THE REDLAND COMPANY, INC. et al.,

    Defendants.

_____/

## CERTIFICATION OF TRANSFER TO MAGISTRATE JUDGE

This matter comes before the undersigned pursuant to Administrative Order 2008-09, the undersigned United States Magistrate Judge certifies that the above captioned case presently has no fully briefed referred pending motions and is therefore, ready to be transferred to United States Magistrate Judge Seltzer.

DONE AND ORDERED at Miami, Florida, this **19th** day of August, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Cohn
U.S. Magistrate Judge Seltzer

All counsel of record